JOHN E. LOCKWOOD, as Substituted Trustee under the Will of CATHARINE LOWERRE, Deceased, Respondent, *v.* ELWOOD MILDEBERGER, in his own Right, Appellant, Impleaded with CAROLINE A. SUYDAM et al., Respondents.

(Submitted June 5, 1899; decided June 13, 1899.)

Motion for reargument denied, with ten dollars costs. (See 159 N. Y. 181.)

---

ROCHESTER AND KETTLE FALLS LAND COMPANY, Appellant, *v.* WILLIAM O. RAYMOND, Respondent.

(Submitted June 5, 1899; decided June 13, 1899.)

Motion for reargument denied, with ten dollars costs. (See 158 N. Y. 576.)

---

RALPH MOSS, Individually and as Surviving Executor of SOLOMON D. MOSS, Deceased, Plaintiff, *v.* JACOB COHEN et al., Defendants.

(Argued June 5, 1899; decided June 13, 1899.)

MOTION to amend remittitur, so as to allow the defendant Jacob Cohen to answer the complaint and to make the costs of the action to abide the final event. (See 158 N. Y. 240; 159 N. Y. 542.)

*J. Newton Fiero* and *Abraham Cohen* for motion.

*Weed, Henry & Myers* opposed.

Motion denied, with ten dollars costs.